UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2006 ★
BROOKLYN OFFICE

--------------------------------------------------------------X
DAWN PAUL o/b/o
ANGELO ROSADO,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
--------------------------------------------------------------X

JUDGMENT
05-CV-3964 (JG)

      An Order of Honorable John Gleeson, United States District Judge, having been filed on February 9, 2006, reversing the Commissioner of Social Security's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and plaintiff's claim is remanded for further administrative proceedings, including, but not limited to, a new hearing, as well as issuance of a new decision; it is

      ORDERED and ADJUDGED that the Commissioner of Social Security's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including, but not limited to, a new hearing, as well as issuance of a new decision.

Dated: Brooklyn, New York
       February 17, 2006

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court